## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROBERT DAVID NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:12-cv-40-JMS-DKL |
| | ) | |
| F. TIMOTHY COLEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Entry and Notice

Final judgment has been entered in this action. Until the plaintiff's motion for further processing was filed with the clerk on April 13, 2012, the post-judgment filings have been made by a non-party, David Nelson. The relief sought in those filings has been denied, and notifications of such rulings have been returned undelivered.

[A] Acause@ (that is, lawsuit) cannot continue to exist once every Acause of action@ within it has been dismissed.

*Price v. Wyeth Holdings Corp.,* 505 F.3d 624, 629 (7th Cir. 2007).

Based on the foregoing, therefore, the motion for further processing [16] is of no effect and any relief sought through such motion is **denied.**

**IT IS SO ORDERED.**

Date: 04/19/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Robert David Neal
No. 15151-180
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808**